**FILED**

APR 20 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CESAR ALFARO,<br><br>        Plaintiff,<br><br>  v.<br><br>HIGGERSON, et al.,<br><br>        Defendants. | Case No. C 10-4416 JW (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT A. BARNEBURG'S MOTION TO CHANGE TIME TO FILE A MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION |
|---|---|

  Defendant Barneburg filed a sixty-day extension of time, up to and including June 7, 2011, to file a dispositive motion. The Court has read and considered Defendant's request and good cause appearing:

  IT IS HEREBY ORDERED that Defendant's request for an extension of time up to and including June 7, 2011 to file his dispositive motion is GRANTED. Plaintiff is instructed to file and serve his opposition to Defendant's dispositive motion no later than thirty days from the date of service of the motion. Defendant is instructed to file and serve his reply no later than fifteen days after the date of service of the opposition. The motion shall be deemed submitted as of the

date the reply brief is due.

Dated: _April 15, 2011_                      _/s/ James Ware_
                                             The Honorable James Ware

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CESAR ALFARO,

        Plaintiff,

v.

D. HIGGERSION, et al.,

        Defendants.

Case Number: CV10-04416 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/20/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Alfaro E-68257
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA

Dated: 4/20/11

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk