IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ALFARO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HIGGERSON, et al.,<br><br>　　　　　　　　　Defendants. | Case No. C 10-4416 EJD<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF D. HIGGERSON FILED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION FOR IN CAMERA REVIEW |

　　　　Defendants have moved under Local Rule 79-5 to seal for seventy-five years portions of, the declaration of D. Higgerson filed in support of Defendants' summary-judgment motion and certain attached documents. Defendants further requested an *in camera* review of these documents. The Court has reviewed Defendants' motion and the declaration filed in support and, good cause appearing, GRANTS Defendants' motion.

　　　　Accordingly, IT IS ORDERED that Exhibits A, B, and D attached to the declaration of D. Higgerson submitted in support of Defendants' summary-judgment motion are to be filed under seal in their entirety. IT IS FURTHER ORDERED that paragraph seven of the declaration of D. Higgerson submitted in support of Defendants' summary-judgment motion be filed under seal.

1

[Proposed] Order Granting Defs.' Mot. Seal (C 10-4416 EJD

1 | Each of the aforementioned documents will be reviewed by the Court *in camera* and shall not be
2 | disclosed to Plaintiff or made part of any public record for seventy-five years.
3 | Dated:  June 13, 2011                                       _____
  |                                                             The Honorable Edward J. Davila

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CESAR ALFARO,

        Plaintiff,

  v.

JAMES TILTON et al,

        Defendant.

                      Case Number: CV10-04416 EJD

                      **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Alfaro E-68257
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA

Dated: June 14, 2011

                                           Richard W. Wieking, Clerk
                                           /s/ By: Elizabeth Garcia, Deputy Clerk