IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CESAR ALFARO,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>HIGGERSON, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 5-10-cv-04416-EJD<br><br>[PROPOSED] ORDER GRANTING DEFENDANT HAWKES'S MOTION TO CHANGE TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |

1

Defendant Hawkes filed a sixty-day extension of time, up to and including June 29, 2012, to file a dispositive motion. The Court has read and considered Defendant's request and good cause appearing:

IT IS ORDERED that Defendant's request for an extension of time up to and including June 29, 2012 to file a dispositive motion is GRANTED. Plaintiff is instructed to file and serve his opposition to Defendant's dispositive motion no later than thirty days from the date of service of the motion. Defendant may file and serve a reply no later than fifteen days after the date of service of the opposition. The motion shall be deemed submitted on the date the reply brief is filed.

Dated:   5/3/2012

The Honorable Edward J. Davila
United States District Court

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CESAR ALFARO,

        Plaintiff,

  v.

JAMES TILTON et al,

        Defendant.

Case Number: CV10-04416 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Alfaro E-68257
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: May 4, 2012

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk