1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12

**CESAR ALFARO,**                          Case No. 5-10-cv-04416-EJD

                              Plaintiff,   **[PROPOSED] ORDER GRANTING
                                           DEFENDANT HAWKES'S MOTION TO
        **v.**                             CHANGE TIME TO FILE A MOTION
                                           FOR SUMMARY JUDGMENT**

**HIGGERSON, et al.,**

                              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1

1    Defendant Hawkes filed a sixty-day extension of time, up to and including June 29, 2012,

2  to file a dispositive motion.  The Court has read and considered Defendant's request and good

3  cause appearing:

4    IT IS ORDERED that Defendant's request for an extension of time up to and including

5  June 29, 2012 to file a dispositive motion is GRANTED.  Plaintiff is instructed to file and serve

6  his opposition to Defendant's dispositive motion no later than thirty days from the date of service

7  of the motion.  Defendant may file and serve a reply no later than fifteen days after the date of

8  service of the opposition.  The motion shall be deemed submitted on the date the reply brief is

9  filed.

10

11

12  Dated: _____5/3/2012_____      _____
                                                  The Honorable Edward J. Davila
13                                                United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Mot. Change Time (5-10-cv-04416-EJD)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CESAR ALFARO,

                  Plaintiff,

   v.

JAMES TILTON et al,

                  Defendant.

_____/

                  Case Number: CV10-04416 EJD

                  **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Cesar Alfaro E-68257
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: May 4, 2012

                  Richard W. Wieking, Clerk
                  /s/ By: Elizabeth Garcia, Deputy Clerk