**FILED**

DEC 14 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ALFARO,<br><br>  Plaintiff,<br><br>v.<br><br>D. HIGGERSON, et al.,<br><br>  Defendants. | No. C 10-04416 EJD (PR)<br><br>JUDGMENT |

The Court has dismissed all claims against Defendants, and granted their motions for summary judgment. Judgement is entered in favor of Defendants.

The Clerk shall close the file.

DATED: 12/14/12

EDWARD J. DAVILA
United States District Judge

Alfaro04416_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CESAR ALFARO,

        Plaintiff,

v.

D. HIGGERSON, et al.,

        Defendants.

Case Number CV 10-04416 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/14/12, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Cesar Alfaro**
E-68257
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

DATED: 12/14/12

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk

Alfaro04416_judgment.wpd